In the Matter of the Application of EMANUEL TECK, Appellant, against EDWARD P. MULROONEY and Others, Respondents.— Order denying petitioner's motion for an order of certiorari and for a stay unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

LOUIS SHULBERG, Appellant, v. CHEMICAL BANK AND TRUST COMPANY, Respondent.— Order, granting defendant's motion to strike cause from the jury calendar and placing same on the non-jury calendar, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

WILLIAM A. GALVIN, as President, and PATRICK W. CONNELLY, as Treasurer, of Inside Bakery Workers Federal Labor Union No. 19,585, Respondents, v. NATIONAL BISCUIT COMPANY, Appellant.— Order denying defendant's motion to vacate notice of examination before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

ELIZABETH CLARK KILBORN, Individually and as Administratrix c. t. a. under the Last Will and Testament of NATHAN E. CLARK, SR., Deceased, Appellant, v. CITIZENS NATIONAL BANK OF POTSDAM, NEW YORK, Respondent, Impleaded with Others.— Order granting motion of defendant-respondent for a change of venue from the county of Bronx to the county of St. Lawrence, New York, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ELIZABETH CLARK KILBORN, Individually and as Administratrix c. t. a. under the Last Will and Testament of NATHAN E. CLARK, SR., Deceased, Appellant, v. BERTRAND H. SNELL and Others, Respondents, Impleaded with Others.— Order granting motion of defendants-respondents for a change of venue from the county of Bronx to the county of St. Lawrence, New York, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SERVICE FACTORS CORPORATION, Plaintiff, v. WOLCOTT DRESS Co., INC., Defendant, Impleaded with MANUFACTURERS TRUST COMPANY, Respondent, and LOUIS JACOBY, Appellant.— Order granting motion of defendant Manufacturers Trust Company to be permitted to make payment into court of the sum of $742.60 to the credit of this action, and discharging it from any further liability to the parties in the action, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

FUAD A. SALAMY, Respondent, v. THE RIESER COMPANY, INC., Appellant.— Order denying defendant's motion for the appointment of an official referee to hear and determine this action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.